

Peter E. Brill
Rita Bonicelli
Of Counsel:
Melodi Kinsella
James Moschella
Adam Etman
Shiva Bahmani

August 10, 2014

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *USA v. Noel Feliciano*
            13 Cr. 242 (SAS)

Dear Judge Scheindlin:

    I write the Court to request an adjournment of Mr. Feliciano's sentencing, currently scheduled for August 14, 2014, to a date in September or October at the Court's convenience.

    The Pre-Sentence Report Second Disclosure arrived this past Monday, while I was away on vacation. I returned this weekend. As such, I have had very little time to review it myself and no opportunity to go see Mr. Feliciano to review it with him. I do not believe Mr. Feliciano would be prepared to go forward without having adequate time to review the final report and recommendation.

    As per AUSA Lenow, the Government consents to my adjournment request.

    Thank you for your consideration.

                                  Respectfully submitted,

                                  Peter E. Brill

15 Maiden lane
Suite 1500
New York, N.Y. 10038

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550

2454 Main Street, Unit F
P.O. Box 1071
Bridgehampton, N.Y. 11932