**BRILL LEGAL GROUP, P.C.**   Tel (888) 315-9341   www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Of Counsel:
Melodi Kinsella
James Moschella
Adam Etman
Shiva Bahmani

September 4, 2014

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/8/14

Re:   USA v. Noel Feliciano
      13 Cr. 242 (SAS)

Dear Judge Scheindlin:

I write the Court to request an additional brief adjournment of Mr. Feliciano's sentencing, currently scheduled for September 15, 2014.

I had a medical appointment scheduled for that afternoon that was not in my calendar, and I only just realized that the dates conflict. The appointment was made months ago, and if I cancel now I will have to wait another three months or more for a rescheduled appointment. I apologize for my error and regret any inconvenience this may cause.

For the Court's convenience in choosing a new date, I am available the afternoon of September 16, all day September 19, any afternoon the week of September 29, or any later date.

As per AUSA Lenow, the Government consents to my adjournment request.

Thank you for your consideration.

*[Handwritten annotation: Request granted. Sentence adjourned to September 19 at 4:30. So Ordered. [signature] 9/8/14]*

Respectfully submitted,

[signature]

Peter E. Brill

| 5 Venture | 150 Motor Parkway | 64 Hilton Avenue | 2454 Main Street, Unit F |
| Suite 1500 | Suite 40 | Hempstead, N.Y. 11550 | P.O. Box 1071 |
| New York, N.Y. 10038 | Hauppauge, N.Y. 11788 | | Bridgehampton, N.Y. 11932 |