To;

whom it my concern

9/8/14

I MELISSA TRINIDAD maternal mother of Noel Feliciano lived at 255 E Kingsbridge Road for 10 years. Noel has lived with me for about 18 years of his life, and then I threw him out of the house because he was saying that he could not find a job. After that he lived with friends for about a year and came back home to live with me and his brother and sister. Noel father was in his life when he was born then up to four years old and then after that he was not in his life any more. He's father past away about 10 years ago. My son is a good boy he is the only son that looks out for me and he calls me like crazy and texts me as well. I want my son to go to College and have something to fall back, not to depend on me or others but himself.

All my family is in Massachusetts, I am in New York City on my own with two other children.

Noel has three brothers and one sister and another brother from his father side.

The time that my son has spent in prison made him change his mind, about not finishing school and seeing his daughter and even me his mother. I don't have the time to go see him because I work and go to College. I am almost done one more semester to graduate. My family can't see him because they live too far and don't have the time either or money to travel. Noel said to me on the phone that he wants to go back to school and get a job to support his daughter, that now is five and she miss her father. He does not want to go back to jail for anything. I think he has changed for the better. My son is a responsible father to his daughter and he loves her. My son helps me out at home with the food shopping and the electric bill .I love and miss my son Noel Feliciano.

Sincerely,

MELISSA TRINIDAD

Mother